JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR TORRES, | ) | NO. CV 16-2919-JVS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SCOTT FRAUENHEIM, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice as a second or successive petition filed without the permission of the Ninth Circuit.

DATED: May 04, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE